IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIO ZHAGUI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:17-cv-9248 |
| ) | |
| HEALTHYEATS, LLC d/b/a FRESHII ) | Hon. Charles P. Kocoras |
| and JOSHUA NEWCOMER ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendants HEALTHYEATS, LLC d/b/a Freshii and Joshua Newcomer. Plaintiff's Motion for Default Judgment is GRANTED.

The Court finds good cause to award a judgment in the amount of $5,129.95.

It is ORDERED that a default is entered in the record of this case.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Patricio Zhagui recover from the Defendants HEALTHYEATS, LLC d/b/a Freshii and Joshua Newcomer the amount of $5,129.95.

It is ORDERED that Plaintiff is allowed such writs and processes as may be necessary in enforcement and collection of this judgment.

_____
Hon. Charles P. Kocoras
United States District Judge

Dated: 3/29/2018